JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MATTHEW GONZALES,<br>Petitioner,<br>v.<br>B. CATES, Warden,<br>Respondent. | Case No. 2:25-cv-08053-KK-KES<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: July 29, 2026

The Hon. Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE